UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAREQ ZIAD FOUAD ZAKARNEH,

                      Petitioner,

v.

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

                      Respondents.

Case No. C25-1840-TL-MLP

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

      Petitioner's application to proceed with this federal habeas action *in forma pauperis* (dkt. # 14) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

      DATED this 28th day of October, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1